AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| OSSIE LEE SLAUGHTER,<br><br>*Plaintiff*<br>v.<br>DOUGLAS JONES, C/O VILLAREAL, RICHARD MORGAN, CHRISTINE BRULE, DIANE SANCHEZ, JEFFREY UTTECHT, MICHELLE DUNCAN, ET AL.<br><br>*Defendant* | Civil Action No. 4:17-CV-5027-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Report and Recommendation, ECF No. 18, is ADOPTED IN ITS ENTIRETY.
This action is DISMISSED for failure to comply with the filing fee requirements of 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian.

Date: November 28, 2017

*CLERK OF COURT*

SEAN F. McAVOY

*(By) Deputy Clerk*

s/Sean F. McAvoy